UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHARLES ALPINE,                    )
                                   )
        Plaintiff,                 )                    **10 0778**
                                   )
v.                                 )        Civil Action No.
                                   )
PRESIDENT BARACK OBAMA, *et al.*,  )
                                   )
        Defendants.                )

## MEMORANDUM OPINION

This matter is before the Court on consideration of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The application will be denied under 28 U.S.C. § 1915(g).

Pursuant to the Prison Litigation Reform Act ("PLRA"), unless a prisoner "is under imminent danger of serious physical injury," he may not proceed *in forma pauperis* if while incarcerated he has filed at least three prior cases that were dismissed as frivolous, malicious, or for failure to state a claim. 28 U.S.C. § 1915(g); *see Ibrahim v. District of Columbia*, 463 F.3d 3, 6 (D.C. Cir. 2006); *Ibrahim v. District of Columbia*, 208 F.3d 1032, 1033 (D.C. 2000). Plaintiff has accumulated three strikes, *see e.g., Alpine v. Sweetin*, No. 08cv116, 2008 WL 2783514 (E.D. Tex. July 16, 2008) (adopting magistrate judge's recommendation to deny Alpine's motion to proceed *in forma pauperis*); *Alpine v. Long*, No. 07cv234, 2007 WL 3132530 (E.D. Tex. Oct. 23, 2007); *Alpine v. Sweetin*, No. 07cv188, 2007 WL 2900543 (E.D. Tex. Oct. 1, 2007), and he fails to demonstrate his eligibility for *in forma pauperis* status under the imminent danger exception.

1

Accordingly, the Court will dismiss this action without prejudice to refiling the complaint upon payment of the $350 filing fee.

An Order accompanies this Memorandum Opinion.

United States District Judge

DATE: *April 30, 2010*